# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**PATRICK ANTHONY RIBBING,**

    **Plaintiff,**

**v.**                                                             Case No. 3:18cv412-RV-CJK

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 18, 2018 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITH PREJUDICE for plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk shall close the file.

**DONE AND ORDERED** this 23rd day of October, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**